ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
SEAN D. PETERSON (Cal. State Bar No. 274263)
Assistant United States Attorney
General Crimes Section
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California  90012
    Telephone:  (213) 894-4491
    Facsimile:  (213) 894-0141
    E-mail: sean.peterson2@usdoj.gov

Attorneys for Complainant
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>ISIDORO ZUÑIGA GONZALEZ,<br><br>A fugitive from the Government of Mexico. | CR. No. 12-2972M<br><br>[~~PROPOSED~~] ORDER GRANTING GOVERNMENT'S REQUEST FOR DETENTION |

Upon consideration of the request of the United States for the detention of fugitive ISIDORO ZUÑIGA GONZALEZ ("ZUÑIGA GONZALEZ") pending extradition proceedings, and good cause therefor appearing,

IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

1.  In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also Matter of Extradition of Smyth 976 F.2d

1535, 1535-36 (9th Cir. 1992); <u>Kamrin v. United States</u>, 725 F.2d 1225, 1228 (9th Cir. 1984).  The burden of showing special circumstances rests upon the fugitive.  <u>See, e.g.</u>, <u>Salerno</u>, 878 F.2d at 317-18.  Here, the Court finds that no such "special circumstances" exist.

    2.   The government alternatively requests detention on the grounds that ZUÑIGA GONZALEZ presents an unacceptable risk of (a) flight; and (b) danger to the community, even if such special circumstances were present.

The court finds no combination of conditions that will reasonably assure:

   (A) ( ) the appearance of defendant as required; and/or

   (B) ( ) the safety of any person or the community

_____
_____
_____
_____
_____
_____

IT IS SO ORDERED.

DATED: 12/21/12

_____
HONORABLE PATRICK J. WALSH
United States Magistrate Judge